## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

**TASHA D. MAUSBACH**,

Plaintiff,

v.

**HERITAGE MANAGEMENT SERVICES, INC. d/b/a HERITAGE RIDGE RETIREMENT COMMUNITY**, a Nebraska corporation**;** and **HERITAGE RIDGE L.L.C.**, a Nebraska limited liability company; **HERITAGE HR, L.L.C.**, a Nebraska limited liability company,

Defendants.

CASE NO: 8:16-cv-00287-JFB-TDT

**ORDER FOR DISMISSAL**

This matter came before the Court on the joint stipulation of the parties seeking a dismissal with prejudice. Filing No. 19. The Court being fully advised in the premises finds that the stipulation should be granted, each party to pay its own costs, and the complete record is waived.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice, each party to pay its own costs, and the complete record be waived.

Dated this 19th day of December, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

800085